**C. L. ROBINSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27373.

Court of Criminal Appeals of Texas.

Jan. 26, 1955.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Assault with intent to murder is the offense; the punishment, confinement in the penitentiary for four years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.